| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Peninsula Airways, Inc., dba PenAir** |
| United States Bankruptcy Court for the: | **DISTRICT OF ALASKA** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SAAB Defense & Security USA 20700 Loudoun County Pkwy Ashburn VA 20147 | | Services/Supplies | | | | $1,371,013.78 |
| 2 | State of Alaska Accounting Section PO Box 196960 Anchorage, AK 99519 | | Landing fees | | | | $1,325,464.76 |
| 3 | Aviation Inventory Resources PO Box 1999 Mansfield TX 70603-0018 | | Services/Supplies | | | | $1,029,106.71 |
| 4 | Jet Support Services - ECMP 180 N Stetson Avenue Chicago IL 60601-6704 | | Services/Supplies | | | | $897,376.80 |
| 5 | Jet Support Srvcs - MX 180 N Stetson Ave Chicago, IL 60601-6704 | | Services/Supplies | | | | $845,696.86 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor    **Peninsula Airways, Inc., dba PenAir**_____    Case number (if known) _____
                 Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | GE Engine Services PO Box 640950 Pittsburgh PA 15219-0950 | | Services/Supplies | | | | $563,625.23 |
| 7 | Rolls-Royce Corporation P.O. Box4 20 Speed Code O-14 Indianapolis IN 46206-0420 | | Services/Supplies | | | | $434,061.20 |
| 8 | Revima APU SAS 1 Avenue Du Latham 47 Caudebec En Caux France, 76490 | | Services/Supplies | | | | $378,673.78 |
| 9 | Marsh USA Inc. P.O. Box 846015 Dallas TX 75284-6015 | | Services/Supplies | | | | $308,218.50 |
| 10 | Alandia Air AB Torggatan 13a Mariehamn, Ahbenanmaa 22100 Finland | | Services/Supplies | | | | $281,924.15 |
| 11 | Port of Portland P.O. Box 5095 Portland OR 97208-5095 | | Services/Supplies | | | | $273,514.39 |
| 12 | Simcom Training Center 9550 Parksouth CT STE 100 Orlando, FL 32837 | | Services/Supplies | | | | $212,776.00 |
| 13 | Northern Maine Regional Airport 650 Airport Drive STE 11 Presque Isle, ME 04769 | | Services/Supplies | | | | $196,180.00 |

| Debtor | **Peninsula Airways, Inc., dba PenAir** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Trident Seafoods - SDP Accts Payable  5303 Shilshole Ave NW  Seattle, WA  98107 | | Services/Supplies | | | | $188,933.66 |
| 15 | Denver Intl. Airport  Attn: Airport Revenue Fund  8500 Pena Blvd  Denver, CO  80249 | | Services/Supplies | | | | $152,181.72 |
| 16 | State of Alaska  Department of Revenue  PO Box 110420  Juneau, AK  99811-0420 | | Taxes | | | | $137,661.76 |
| 17 | AFCO  Dept LA 21315  Pasadena, CA  91185-1315 | | Services/Supplies | | | | $119,346.47 |
| 18 | Worldwide Aircraft Srvcs  2755 N General Aviation Ave  Springfield MO 65803 | | Services/Supplies | | | | $110,203.47 |
| 19 | Saab AB Publications  SE-732 81 Arboga  Linkoping Sweden | | Services/Supplies | | | | $106,212.50 |
| 20 | John Hancock USA  Lockbox Operations - 4109  5860 Uplander Way  Culver City CA 90230 | | Services/Supplies | | | | $103,304.86 |