GAIL BREHM GEIGER
ACTING U. S. TRUSTEE FOR REGION 18
KATHRYN PERKINS
TRIAL ATTORNEY FOR THE U. S. TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
700 STEWART STREET, SUITE 5103
SEATTLE, WASHINGTON 98101-1271
TELEPHONE: (206) 553-2000
FAX:    (206) 553-2566

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA

In re

Peninsula Airways, Inc.,

Debtor.

Case No. A 17-00282-GS
Chapter 11

**APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE**

Pursuant to 11 U.S.C. § 1102, the following creditors, having expressed their willingness to serve, are appointed to the Official Unsecured Creditors' Committee:

**Creditor 1 and Chairperson:**

Aviation Inventory Resources, Inc.
Attn: Morgan Whitehead, Vice President of Operations
12240 E. Highway 917
Alvarado, TX 76009
(817) 672-0060

**Creditor 2:**

SimCom International, Inc. D.B.A. Simcom Aviation Training
Attn: Debbie DeFord: Director of Finance
6989 Lee Vista Blvd.
Orlando, FL 32822
(407) 275-1050 ext. 2231

APPOINTMENT OF UNSECURED
CREDITORS' COMMITTEE – Page 1 of 2

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, Washington 98101
(206) 553-2000

**Creditor 3:**

Jet Support Services, Inc.
Attn: Richard Schumacher: Credit and Collections Manager
180 N. Stetson Ave. 29th Floor
Chicago, IL 60601
(312) 644-7651

**Creditor 4:**

Worldwide Aircraft Services, Inc.
Attn: David Vorbeck: Administrative Director
2755 N. General Aviation Ave
Springfield, MO 65803
(417) 865-1879

**Creditor 5:**

Northern Maine Regional
Attn: Scott Wardwell: Airport Director
650 Airport Drive, Suite 11
Presque Isle, ME 04769
(207) 764-2550

   DATED:  August 22, 2017

            Respectfully submitted,

            GAIL BREHM GEIGER
            Acting United States Trustee for Region 18

            */s/ Kathryn Perkins*
            Kathryn Perkins, Cal Bar 240149
            Trial Attorney for the United States Trustee

APPOINTMENT OF UNSECURED
CREDITORS' COMMITTEE – Page 2 of 2

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, Washington 98101
(206) 553-2000