Michael C. Markham
Angelina E. Lim
Johnson Pope Bokor Ruppel & Burns, LLP
401 East Jackson Street, Suite 3100
Tampa, FL 33602
Telephone: (813) 225-2500
Facsimile: (813) 223-7118

Attorneys for Gerard A. McHale Jr.
Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ALASKA (ANCHORAGE)**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **PENINSULA AIRWAYS INC., D/B/A** | ) | **Case No. 17-00282** |
| **PENAIR** | ) | |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

**NOTICE OF AUCTION**

GERARD A. McHALE, JR., as chapter 11 Trustee ("Trustee"), by and through his undersigned counsel, hereby gives notice of the receipt of more than one Qualified Bid under the Bid Procedures. Accordingly, the Auction will be conducted on **October 3, 2018 at 10:00 a.m.**[1] at the Dena'Ina Civic and Convention Center, 600 West Seventh Ave., Anchorage, AK. Pursuant to the Bid Procedures [472], only the Trustee, the Debtor, Wexford Capital, Alaska Airlines, Qualified Bidders and governmental agencies, along with their representatives may attend.

Dated: September 28, 2018

---

[1] Please note that the list of deadlines at the end of the Bid Procedures incorrectly indicates a time of 3:00 p.m.

1  **JOHNSON POPE BOKOR RUPPEL & BURNS, LLP**

2  By:  /s/ *Michael C. Markham*
     Michael C. Markham
3    State Bar No. 768560
     401 East Jackson Street, Suite 3100
4    Tampa, Florida 33602
     Telephone: (813) 225-2500
5    Fax: (813) 223-7118
     mikem@jpfirm.com

23  4881557_1